**Juan Ramon AYALA, Petitioner–Appellant,**

v.

**George HINKLE, Warden, Respondent–Appellee.**

No. 06–8012.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 20, 2007.

Juan Ramon Ayala, Appellant Pro Se. Kathleen Beatty Martin, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Ramon Ayala seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that rea-sonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Ayala has not made the requisite showing. Accordingly, we deny Ayala's motion for a certificate of appealability, deny his motion for leave to proceed in forma pauperis, deny his motion for judicial notice, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*